November 29, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

ACTCHEM, INC. AND DR. JOHN HANCOCK, Appellants

NO. 14-11-00871-CV                    V.

VALERO REFINING-TEXAS, L.P., VALERO REFINING COMPANY-TENNESSEE, L.L.C., VALERO REFINING-NEW ORLEANS, L.L.C., AND VALERO REFINING COMPANY-NEW JERSEY, Appellees

_____

Today the Court heard appellants' motion to dismiss the appeal from the order signed by the court below on September 13, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by ACTCHEM, INC. AND DR. JOHN HANCOCK, jointly and severally.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.